UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | Case No.: 11-CV-01333-LHK |
| Plaintiff, | ) ) | ORDER VACATING JULY 29, 2011 CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| PETE BE, ET AL., | ) ) | |
| Defendants. | ) ) | |

A case management conference is scheduled for Friday, July 29, 2011 at 2:00 p.m. However, on June 17, 2011, the Clerk of the Court entered default against Defendants. *See* Dkt. #22. In light of the entry of default, the Court vacates the July 29, 2011 case management conference. Plaintiff shall file a motion for entry of default judgment within thirty (30) days of the date of this Order, or risk dismissal for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 24, 2011

_____
LUCY H. KOH
United States District Judge