1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | Case No.: 11-CV-01333-LHK |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING MOTION |
| v. | ) | HEARING TO THURSDAY, OCTOBER |
| | ) | 27, 2011 AT 1:30 P.M. |
| PETE BE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 17, 2011 and without contacting the undersigned's Courtroom Deputy, Defendant Joe Hand Promotions, Inc. noticed a motion for entry of default judgment for a hearing on Thursday, September 22, 2011.  Unfortunately, that date is not available for additional motion hearings.  Accordingly, Defendant's motion hearing is continued to Thursday, October 27, 2011 at 1:30 p.m.  The briefing schedule is not affected.

**IT IS SO ORDERED.**

Dated:  August 19, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1