UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PETE BE, ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 11-CV-01333-LHK <br><br> ORDER CONTINUING MOTION HEARING TO THURSDAY, OCTOBER 27, 2011 AT 1:30 P.M. |

On August 17, 2011 and without contacting the undersigned's Courtroom Deputy, Defendant Joe Hand Promotions, Inc. noticed a motion for entry of default judgment for a hearing on Thursday, September 22, 2011. Unfortunately, that date is not available for additional motion hearings. Accordingly, Defendant's motion hearing is continued to Thursday, October 27, 2011 at 1:30 p.m. The briefing schedule is not affected.

**IT IS SO ORDERED.**

Dated: August 19, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01333-LHK
ORDER CONTINUING MOTION HEARING